UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| WISMETTAC ASIAN FOODS, INC., | ) |
| Plaintiff, | ) Court No. 22-00193 |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE, that pursuant to USCIT R. 75(b), William F. Marshall has departed from GDLSK LLP and should be removed as attorney of record in this case.

GDLSK LLP remains as counsel for plaintiff in this action and respectfully requests that Erik D. Smithweiss be designated as lead counsel.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
*Attorneys for Plaintiff*
707 Wilshire Blvd, Suite 4150
Los Angeles CA 90017
Tel. (213) 612-1970
ESmithweiss@gdlsk.com

Dated: January 29, 2025
       New York, New York

By:   /s/ Erik D. Smithweiss
      Erik D. Smithweiss

13123585_1